ntcabuse (12/15)

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Donna Michelle Shockley** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8082** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Hawaii**

Case number:   **16–00352**

# STATEMENT OF PRESUMED ABUSE

Donna Michelle Shockley
P.O. Box 894685
Mililani, HI 96789

U.S. Trustee Statement of Presumed Abuse. As required by 11 U.S.C. sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. sec. 704(b)(2), the United States Trustee has determined that: (1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. sec. 704(b)(2), the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. sec. 707(b)(2)(B). (Ching, Curtis)

Date:   May 14, 2016                                                                 United States Trustee