H2002B (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Donna Michelle Shockley** <br> Name | United States Bankruptcy Court <br> District of Hawaii |
| Debtor 2 <br> (Spouse, if filing) | Name | Case number: **16–00352** <br> Chapter: **7** |

# CLERK'S NOTICE

NOTICE IS GIVEN THAT:

The following has been entered on the docket in this bankruptcy case:

     U.S. Trustee Statement of Declination. The United States Trustee previously filed a statement pursuant to Section 11 U.S.C. 704(b)(1)(A) indicating that this case is presumed to be an abuse of the provisions of chapter 7 of Title 11 of the United States Code. Notice is hereby provided that the United States Trustee, based on currently available information, does not consider a motion under Section 11 U.S.C. 707(b) to be appropriate for the following reasons: Debtor works part time and earns modest income. Debtor's household income is above median because non–filing spouse earned substantial amounts. While the presumption of abuse arises, special circumstances exist to reduce the income shown in the Means Test. Specifically, the non–filing spouse lost his job in February 2016 resulting in substantially reduced income. The Debtor and her non–filing spouse are currently living on reduced income from the Debtor's part–time employment and husband's pension. The reduced income is not likely to change in the foreseeable future and results in the Debtor no longer having the ability to repay creditors over time. Accordingly, the U.S. Trustee declines to file a motion to dismiss for presumed abuse. (Ching, Curtis)

The record in this case is available at the Clerk's Office at the address below or online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date Entered: May 14, 2016

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk