```
                            United States Bankruptcy Court
                                  District of Hawaii
In re:                                                          Case No. 16-00352-rjf
Donna Michelle Shockley                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0975-1          User: lisa              Page 1 of 1          Date Rcvd: May 16, 2016
                              Form ID: ntcabuse       Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2016.
```
db           +Donna Michelle Shockley,    P.O. Box 894685,    Mililani, HI 96789-8329
1324115       BANK OF AMERICA,    P.O. BOX 5170,   Simi Valley, CA 93062-5170
1324116       BARCLAYS BANK DELAWARE,    P.O. BOX 8803,    Wilmington, DE 19899-8803
1324117       CAMPBELL, LISA,    95 CLAY DRIVE,   Atherton, CA 94027-5420
1324118       CHASE,    P.O. BOX 15298,   Wilmington, DE 19850-5298
1324120      #DERYLL U. AMBROCIO, M.D., INC.,    1329 LUSITANA STREET, SUITE 804,    Honolulu, HI 96813-2434
1324119       Department of Taxation,    State of Hawaii,    Attn: Bankruptcy Unit,    P.O. Box 259,
               Honolulu, HI 96809-0259
1324122      +FIRST PHYSICAL AND FUNCTIONAL REHAB,    94-689 FARRINGTON HIGHWAY,    Waipahu, HI 96797-3015
1324124      +HOKUALI'I HALE, #123,    C/O HAWAIIANA MANAGEMENT CO., LTD.,    711 KAPIOLANI BLVD., SUITE 700,
               Honolulu, HI 96813-5249
1324126      +JERALD GARCIA, M.D.,    1401 SOUTH BERETANIA STREET, #400,    Honolulu, HI 96814-1872
1324127      +KAPIOLANI MEDICAL CENTER,    1319 PUNAHOU STREET,    Honolulu, HI 96826-1080
1324128      +MEDCAH, INC.,    320 ULUNIU STREET, SUITE 5,    Kailua, HI 96734-2529
1324129       MILILANI TOWN ASSOCIATION,    95-303 KALOAPAU STREET,    Mililani, HI 96789-1249
1324130       NAVY FEDERAL CREDIT UNION,    P.O. BOX 3700,    ATTN: CBR DISPUTES,    Merrifield, VA 22119-3700
1324131       PACIFIC MEDICAL COLLECTIONS, INC.,    33 SOUTH KING STREET, #505,    Honolulu, HI 96813-4325
1324132      +PALI MOMI MEDICAL CENTER,    98-1079 MOANALUA ROAD,    Aiea, HI 96701-4725
1324133      +SHOCKLEY, DANIEL,    P.O. BOX 1472,   Aiea, HI 96701-1472
1324134      +SHOCKLEY, RAYMOND,    P.O. BOX 601,   Cadiz, KY 42211-0601
1324135      +STRAUB CLINIC,    888 SOUTH KING STREET,    Honolulu, HI 96813-3097
1324136       USAA SAVINGS BANK,    P.O. BOX 33009,    San Antonio, TX 78265-3009
1324137      +VCA FAMILY ANIMAL HOSPITAL,    98-1254 KA'AHUMANU STREET, SUITE 1,    Pearl City, HI 96782-3200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
1324121      +E-mail/Text: bankruptcies@escallate.com May 17 2016 03:19:30     ESCALLATE, LLC,
               5200 STONEHAM ROAD, SUITE 200,    Canton, OH 44720-1584
1324123       E-mail/Text: Credit@Hickamfcu.org May 17 2016 03:19:32     HICKAM FCU,    P.O. BOX 30025,
               Honolulu, HI 96820-0025
1324125       E-mail/Text: cio.bncmail@irs.gov May 17 2016 03:19:32     INTERNAL REVENUE SERVICE,
               CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2016 at the address(es) listed below:
```
              Curtis B. Ching    on behalf of U.S. Trustee    Office of the U.S. Trustee.
               USTPRegion15.HI.ECF@usdoj.gov
              Elizabeth A. Kane    Trustee@kanelawhawaii.com,    HI11@ecfcbis.com;EKaneTrustee@gmail.com
              Gregory T. Dunn    on behalf of Debtor Donna Michelle Shockley gregdunn1@hawaiiantel.net
              Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcabuse (12/15)

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Donna Michelle Shockley** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–8082** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Hawaii** | |
| Case number: **16–00352** | |

# STATEMENT OF PRESUMED ABUSE

Donna Michelle Shockley
P.O. Box 894685
Mililani, HI 96789


U.S. Trustee Statement of Presumed Abuse. As required by 11 U.S.C. sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. sec. 704(b)(2), the United States Trustee has determined that: (1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. sec. 704(b)(2), the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. sec. 707(b)(2)(B). (Ching, Curtis)


Date:   May 14, 2016                                                           United States Trustee